**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| BNSF Railway Co.,<br>a Delaware corporation, | Court File No.: 05-749 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| Fitz's Cleaning Co., Inc.,<br>a Minnesota corporation, | |
| Defendant and<br>Third-Party Plaintiff, | |
| vs. | |
| Scott Okash, Thomas Flagstad, | |
| Third-Party Defendants. | |

---

On reading and filing the Stipulation of Dismissal with Prejudice signed by all parties:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 7, 2006               s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge